# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **DANIEL Z. MALDONADO,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | 08-cv-104-bbc |
| **RANDY STAMMEN** **Sheriff of Sauk County,** | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

### IT IS ORDERED AND ADJUDGED

that the petition of Daniel Maldonado for a writ of habeas corpus is DISMISSED WITH PREJUDICE for his failure to exhaust his state court remedies.

THERESA M. OWENS

_____
Theresa M. Owens, Clerk

Connie A. Korth                              2/22/08
_____          _____
by Deputy Clerk                                  Date

Dockets.Justia.com