# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

**DANIEL Z. MALDONADO,**                    **JUDGMENT IN A CIVIL CASE**

                    **Petitioner,**
                                                    **08-cv-104-bbc**
    **v.**

**RANDY STAMMEN**
**Sheriff of Sauk County,**

                    **Respondent.**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

that the petition of Daniel Maldonado for a writ of habeas corpus is DISMISSED WITH PREJUDICE for

his failure to exhaust his state court remedies.

**THERESA M. OWENS**

_____

**Theresa M. Owens, Clerk**

**Connie A. Korth**                                   **2/22/08**
_____             _____
**by Deputy Clerk**                                   **Date**